No. 554. ARONOFF *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. Charles V. Halley* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.